UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOHN BYRNES, JR.,                                    08 civ. 00086 (SCR)

                 Plaintiff,

      -against-                                    **DEFENDANTS FIRST
                                                     DEMAND FOR
STEVEN BRESCIA, LINDA CANTIELLO,                     DOCUMENTS PURSUANT
ROBERT KIERAN, DARLENE ANDOLSEK,                     TO RULE 34 OF THE
JOANNE SCHEELS, VILLAGE OF MONTGOMERY,               FEDERAL CIVIL
                                                     PROCEDURE**

                 Defendant.
-----------------------------------------------------------------------X

      Defendants, Steven Brescia, Linda Cantiello, Darlene Andolsek, Joanne Scheels, and the Village of Montgomery hereby demand that plaintiff John Byrnes, Jr. produce for inspection and copying the following materials at the offices of Hodges, Walsh & Slater, LLP, located at 55 Church Street, Suite 211, White Plains, New York 10601 on the 28th day of August, 2009. In lieu of appearance, Defendant will accept fair and accurate copies of the materials requested:

      1.    Recordings and/or transcripts of all recordings of all conversations between the plaintiff and any of the defendants herein, including of recordings of any conversations between the plaintiff and any member of the Village of Montgomery Police Department.

      3.    Copies of all recordings and/or transcripts of all recordings of any other conversations relevant to the claims set forth in plaintiff's Complaint herein.

      4.    Duly executed HIPAA compliant authorizations for the release of the records of each health care provider, physician or hospital with whom plaintiff treated as a result of condition described in plaintiff's Complaint.

1

5. Fair and accurate copies of plaintiff's passport, together with all entry and exit stamps thereon.

6. All visas and/or tourist cards issued as a result of plaintiff's international travel for the years 2005 to present.

DATED: White Plains, New York
August 12, 2009

Yours, etc.,

HODGES, WALSH & SLATER LLP

By: *[signature]*
John J. Walsh (4092)
Attorneys for Defendants
Steven Brescia, Linda Cantiello,
Darlene Andolsek, Joanne Scheels,
Village of Montgomery
55 Church Street – Suite 211
White Plains, N.Y. 10601
(914) 385-6000

TO: Sussman & Watkins
Attorneys for Plaintiff
P.O. Box 1005
Goshen, New York 10924
(845) 294-3991

Sokoloff Stern, LLP
Attorneys for Co-Defendant
Robert Kieran
355 Post Avenue, Suite 201
Westbury, New York 11590
(516) 334-4500